HERMAN J. GARMS v. THE TRAVELERS INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

JOSEPH TECK and EUGENE B. WINETT, as Trustees, v. BOARD OF EDUCATION OF THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

In the Matter of Supplementary Proceedings: RALPH J. CEBRIAN v. CORNELIUS VANDERBILT, JR.; THE MCCALL COMPANY; ART GRAVURE CORPORATION. — Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

HANNAH ALBERT v. TITLE GUARANTEE AND TRUST COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ARTHUR BERENSON and LAWRENCE BERENSON v. WILLIAM H. CHOROSH and Another, Impleaded with SAMUEL D. LEIDESDORF.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Townley, JJ.

HORTENSE STRAUSS, an Infant, etc., by SELMA STRAUSS, Her Guardian ad Litem, v. LAZAN REALTY CO., INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. HARRY HARKAWAY and JOHN STEWART.— Motion for reargument denied. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Glennon, JJ.

CARLSON, HOLMES & BROMSTAD, INC., v. M. I. STEWART & CO., INC. — Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

MARIE JOHNSEN, as Administratrix, etc., of ALGOT JOHNSEN, Deceased, v. METROPOLITAN DISTRIBUTORS, INC., and Others, Impleaded with SIMON WEINER. — Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

VLADIMIR P. COTTONY v. ANNA KENNA.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

DONALD H. MCCANN v. GENERAL GAS AND ELECTRIC CORPORATION, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by FRANCIS R. STODDARD, JR., as Superintendent of Insurance of the State of New York, for an Order to Take Possession, etc., of the NATIONAL AUTOMOBILE MUTUAL CASUALTY COMPANY. In the Matter of the Application of FRANCIS E. COCKS for Permission to Sue the Hon. GEORGE S. VAN SCHAICK, Superintendent, etc. TRANSATLANTIC SHIPPING Co., INC., and Certain Policyholders.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Townley, JJ.